United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   IP LEARN, LLC.,                              No.  C02-2632 MJJ
13              Plaintiff,
                                                  **ORDER GRANTING DEFENDANT'S**
14       v.                                       **MOTION TO DISMISS**
15   SKILLSOFT CORPORATION, and DOES 1 -
     10,
16
                Defendant.
17   _____/
18
            After considering the arguments of counsel raised in their briefs and at the October 15, 2002
19
     hearing, the Court hereby **GRANTS** defendant's motion to dismiss, with leave to amend.  Plaintiff
20
     may re-file an amended complaint within ten (10) days of the hearing.
21
22
            **IT IS SO ORDERED**
23
24
     Dated: October 21, 2002                      _____
25                                                MARTIN J. JENKINS
                                                  UNITED STATES DISTRICT  JUDGE
26
27
28

N:\ECF-Orders\02-2632dsm.wpd